FILED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony V. Laterza, Pro Se
REg# 74695-004
PO Box 1032
Coleman, FL 33521-1032,
            Plaintiff

06 1158

Civil Action No: _____

v.

Federal Bureau of Prisons; and
Mr. Harrell Watts, Administrator
320 First Street, N.W.
Washington, DC 20534
Mr. Sero, Counselor Director, S.E.;
3800 Camp Creek Parkway, S.W.
Atlanta, GA 30331-6626
Mr. Charles Lockett, Warden :
846 N.E. 54th Terrace
Coleman, FL 33521
Official and Individual Capacities,
ALL, Defendants

## MOTION TO APPOINT COUNSEL

   Now Comes, Anthony V. Laterza, an indigent Plaintiff, without legal education and respectfully requests this Honorable Court to appoint counsel to represent him in this case pursuant to 28 U.S.C. § 1915.

                                     /s/ Anthony V. Laterza   6-6-06
                                     Anthony V. Laterza    Dated

5

## AFFIDAVIT IN SUPPORT OF MOTION TO APPOINT COUNSEL

Anthony V. Laterza, being duly sworn, deposes and states the following:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion to appoint counsel.

2. This complaint involves violations of my Fifth, Sixth, Eighth and Forteenth Amendment rights at the hands of officials employed by the Federal Bureau of Prisons.

3. This is a complex case which involves multiple legal issues and multiple defendants.

4. The plaintiff has requested a trial by jury.

5. The testimony will be in sharp contrast since the plaintiff is claiming multiple violations of his rights and defendants will most likely assert differently.

6. This case will require discovery of documents and depositions of a number of witnesses.

7. Plaintiff has no legal education.

8. As set forth in this complaint submitted by the plaintiff, these foregoing facts, and the legal merit of the plaintiff's claims, support the appointment of counsel to represent plaintiff.

_____
Anthony V. Laterza
Reg. # 74695-004
PO Box 1032
Coleman, FL 33521-1032

6-6-06
Date