**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Charles Lockett, Warden
Coleman Medium, FCI
POB 1032
Coleman, FL 33521

Civil Action, File Number __06-1158 RWR__

Anthony V. Latedza

V.

Bureau of Prisons, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[... on behalf you are being served] must answer the [complaint ...] by default will be taken against you for the [...]

[Receipt] of Summons and Complaint By Mail was [...]

(USMS Official)

COMPLAINT

complaint in the above captioned manner at

[... and] Street Name or P.O. Box No.

Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Charles Lockett, Warden

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8687

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

06-1158  11-21-06  BB

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of ~~Columbia~~

TO:
Mr. Sero, Counselor Director, SE
3800 Camp Creek Pkwy., S W
Atlanta, GA 30331

Civil Action, File Number 06-1158 RWR

Anthony V. Laterza
V.
Bureau of Prisons, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

06-1158    11-20-06  BB

...se behalf you are being served) must answer the ...ent by default will be taken against you for the

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Sero,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Marcelle Chism
C. Date of Delivery: 11-24-0(6)
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

7004 1160 0004 4136 8694

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...eipt of Summons and Complaint By Mail was

_____
USMS Official

D COMPLAINT
...e complaint in the above captioned manner at

...ber and Street Name or P.O. Box No.

...nd Zip Code

DEC - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature        Form USM-299
                         (Rev. 6/95)

Copy 4 - USMS District Suspense