UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY V. LATERZA, pro se )
Reg.# 74695-004 )
P.O. Box 1032 )
Coleman, FL. 33521-1032 )
)
) Civil Action No. 06-1158 (RWR)
Plaintiff, ) Electronic Case Filing
)
v. )
)
)
FEDERAL BUREAU OF PRISONS, et al. )
)
Defendants. )
_____ )

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney **Quan K. Luong** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19th__ day of **December**, 2006, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

ANTHONY V. LATERZA
Reg.# 74695-004
P.O. Box 1032
Coleman, FL. 33521-1032

QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150