UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LATERZA,<br><br>      Plaintiff<br><br>      v.<br><br>FEDERAL BUREAU OF PRISONS, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1158 (RWR)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Defendant Motion to Dismiss, the relevant law, and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendant Motion to Dismiss is GRANTED, and it is further

Further ORDERED that this case is DISMISSED WITH PREJUDICE.

This is a final appealable order.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE