UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY V. LATERZA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1158 (RWR) |
| FEDERAL BUREAU OF PRISONS *et al*, | ) |
| Defendants. | ) |

ORDER

Pending before the Court is defendants' motion to dismiss or to transfer. Because defendants' motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within … such … time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined in this Order. Alternatively, the Court may consider on the merits any motion not

opposed within the time limits outlined in this Order.  Thus, failure to respond to the defendants' motion in this case carries with it the risk that this case will be dismissed or that judgment will be entered for the defendants.  It is hereby

ORDERED that plaintiff shall file his response to defendants' motion to dismiss or to transfer no later than **March 3, 2007**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may either dismiss or transfer the case.

                                                                                                   _____/s/_____
                                                                                                   RICHARD W. ROBERTS
DATE: January 29, 2007                            United States District Judge