UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
FEB 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony V. Laterza,
    Plaintiff
V
Federal Bureau Of Prison *et al*,
    Defendants
_____/

Civil Action #: 06-1158 [RWR]

### NOTIFICATION OF CHANGE OF ADDRESS

COMES NOW. Anthony V. Laterza, and notifies this Honorable Court and the United States Attorney's Office of his change of address to:

**Anthony V. Laterza
4371 Northlake Blvd. #126
Palm Beach Gardens, FL. 33410**

_____  _____
Anthony V. Laterza         Date    Feb. 19th, 2007
4371 Northlake blvd. #126
Palm Beach Gardens, FL.   33410

### CERTIFCATE OF SERVICE

I hereby certfy that a true copy of the foregoing has been served on this date to:

The United States Attorney, Quan K. Luong  555 fourth st. N.W., Room E-4417 Washington, D.C. 20530.

_____  _____
Anthony V. Laterza         Date    Feb. 19th, 2007

-1-